# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:08cr61/LAC/CJK
          3:11cv254/LAC/CJK

**ADRIAN CATHWON**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2013 (doc. 505). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's amended motion to vacate, set aside, or correct sentence (doc. 435) is **DENIED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of October, 2013.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**